MARCO PEREYDA-RIOS
#170727089
P.O. Box 951
Tucson, AZ. 85702

Case 4:18-cv-00032-RM Document 49 Filed 08/29/18 Page 1 of 2

FILED ____ LODGED
RECEIVED ____ COPY

AUG 29 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE FEDERAL DISTRICT COURT for ARIZONA

| | |
|---|---|
| MARCO PEREYDA-RIOS (PLAINTIFF) VS. BRYN FOX STEPHEN MORRISON (DEFENDANTS) | CASE NO: CV-18-032-TUC-RM NOTICE OF SERVICE |

Now comes plaintiff Pereyda-Rios as per court order certifying that the following documents were mailed to the defendants

CERTIFICATE OF SERVICE

DATED THIS 23 DAY OF August, 2018.
MAILED TO ATTORNEY Viola Romero and Claudia Acosta Collings

FROM
PRO-SE ATTORNEY OF RECORD

RESPECTFULLY,
MARCO PEREYDA-RIOS
#170727089
P.O. Box 951
Tucson, AZ 85702

(1)

# NOTICE OF SERVICE

I CERTIFY THAT ON 23 DAY OF August 2018. I MAILED DEFENDANT STEPHEN MORRISON THROUGH THIER ATTORNEY, CLAUDIA ACOSTA COLLINGS A COPY OF MOTION TO STRIKE ERRONEOUS DOCUMENT/and MOTION FOR STAY ORDER

SIGNED and DATED THIS 23rd DAY OF August, 2018.

Sincerely,

PRO-SE . ATTORNEY OF RECORD

MARCO PEREYDA-RIOS
#170727089
P.O. Box 951
Tucson, AZ 85702

(2)